UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT MARK WAGGY,<br><br>                Defendant. | Case No. 2:16-PO-00198-JTR<br><br>Order Granting Motion to Dismiss Counts 1 and 6 without Prejudice |

    Upon Motion by Plaintiff United States of America, to dismiss Counts 1 and 6 of the Second Amended Information without Prejudice;

    IT IS HEREBY ORDRED that Counts 1 & 6 of the Second Amended Information are dismissed.

    Dated: this 4TH day of August 2017.

_____
John T. Rodgers
United States Magistrate Judge

Order Granting Motion to Dismiss Counts - 1