PROB 12C
(6/16)

Report Date: October 31, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert M. Waggy                Case Number: 0980 2:17CR00212-SAB-1

Address of Offender:            Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable John T. Rodgers, U.S. Magistrate Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 14, 2017

Original Offense:        Telephone Harassment, 18 U.S.C. § 13 and RCW 9.61.230(1)(a), (b)

Original Sentence:       60 Months                    Type of Supervision: Probation

Asst. U.S. Attorney:     Timothy John Ohms            Date Supervision Commenced: November 14, 2017

Defense Attorney:        Federal Defenders office     Date Supervision Expires: November 13, 2022

### PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Robert Waggy violated the terms of his probation by assaulting another individual on October 19, 2018.

According to Spokane Police report number 2018-20209147, Spokane police officers were dispatched to the home of Mr. Waggy after both the victim and Mr. Waggy called 9-1-1 to report an assault.

The victim reported Mr. Waggy was harassing him while he was moving boxes on his property.  He reported Mr. Waggy sprayed him in the face with pepper spray after claiming the victim was on Mr. Waggy's property.  The victim reported he had a box in his hands during the assault.  He reported that he threw the box at Mr. Waggy in an attempt to block the spray.  The assault was video recorded on the victim's wife's phone.  Officers reviewed the video and determined there was probable cause to arrest Mr. Waggy for second degree assault.

On November 21,2017, Robert Waggy signed his judgment for case number 2:17CR00212-SAB-1, indicating he understood all conditions ordered by the Court.  Specifically, Mr.

Prob12C
**Re: Waggy, Robert M**
**October 31, 2018**
**Page 2**

Waggy was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/31/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Signature of Judicial Officer*

10/31/2018
Date