FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. WAGGY,<br><br>Defendant. | No. 2:17-CR-0212-SAB-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

**BEFORE THE COURT** is Defendant's November 29, 2018, motion to modify conditions of pretrial release. ECF No. 235.

Defendant seeks to remove the requirement that he participate in a GPS confinement program and home detention. ECF No. 229. Defendant has not provided the position of the United States Probation Office or the Government.

The Court has considered Defendant's motion, and finds circumstances do not appear to have changed since Defendant's conditions of release were imposed. Accordingly, the Defendant's Motion, **ECF No. 235,** is **DENIED.** Defendant shall abide by all previous conditions of release, ECF No. 229.

**IT IS SO ORDERED.**

DATED November 29, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1