UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. WAGGY,<br><br>Defendant. | No. 2:17-CR-00212-SAB-1<br><br>ORDER DENYING RENEWED MOTION TO AMEND RELEASE CONDITIONS |

Before the Court is Defendant's Renewed Motion to Amend Release Conditions, ECF No. 249. Defendant recites in his motion that the United States objects to this request.

Defendant is out of custody, on conditions, pending adjudication of alleged probation violations, ECF No. 210 and No. 214. He now moves the Court to amend release conditions by relieving him of the home confinement and electronic monitoring requirements, ECF No. 249. This is the second such motion by Defendant, the earlier motion having been denied, ECF No. 236.

Having reviewed the records and files herein, and Defendant's motion, the Court finds no basis to revise the release conditions previously imposed. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

DATED December 26, 2018.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1